■ JASON BURLEW et al., Plaintiffs and Richard Katchuk, Respondent, v TALISMAN ENERGY USA INC., Appellant. (Appeal No. 1.) [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.

■ JASON BURLEW et al., Plaintiffs and RICHARD KATCHUK, Respondent, v TALISMAN ENERGY USA INC., Appellant. (Appeal No. 2.) [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.

■ EKLECCO NEWCO, LLC, Appellant, v Q OF PALISADES, LLC, Doing Business as QDOBA MEXICAN GRILL, et al., Respondents. (Appeal No. 1.) [945 NYS2d 587]—Motion to modify memorandum and order denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Martoche, JJ.

■ OPHELIA KWEH, as Guardian of the Person and Property of JOHN KWEH and Another, Respondent, v CHRISTOPHER C. EDMUNDS et al., Appellants, et al., Defendant. (Action No. 1.) OPHELIA KWEH, as Administratrix of the Estate of SAMPSON KWEH, Deceased, Respondent, v CHRISTOPHER C. EDMUNDS et al., Appellants, et al., Defendant. (Action No. 2.) PHILIP KWEH, Respondent, v CHRISTOPHER C. EDMUNDS et al., Appellants, et al., Defendant. (Action No. 3.) KADRA DAYOW, as Administratrix of the Estate of MOHAMED DAYOW, Deceased, Respondent, v OPHELIA KWEH, as Administratrix of the Estate of JUTY KWEH, Deceased, Defendant, and PATRICK D. SAMPSON et al., Appellants. (Action No. 4.) KADRA DAYOW, as Administratrix of the Estate of MOHAMED DAYOW, Deceased, Respondent, v SKINNER SALES, INC., Appellant. (Action No. 5.) [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATISHA BEATY, Appellant. [945 NYS2d 917]—Resentence unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Resentence of Erie County Court, Michael F. Pietruszka, J.) Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ. (Filed June 8, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELANO BROWN, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [945 NYS2d 918]—Judgment unanimously affirmed. Counsel's motion to be relieved of as-